This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

**IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO**

**STATE OF NEW MEXICO,**

Plaintiff-Appellant,

v.                                                                                      **NO. 35,761**

**KIRK BENTON,**

Defendant-Appellee.

**APPEAL FROM THE DISTRICT COURT OF OTERO COUNTY**
**Angie K. Schneider, District Judge**

Hector H. Balderas, Attorney General
Maris Veidemanis, Assistant Attorney General
Santa Fe, NM

for Appellant

Kicklighter Law PC
Molly Kicklighter
Alamogordo, NM

for Appellee

**MEMORANDUM OPINION**

**GARCIA, Judge.**

{1}     The State appeals from an order granting a motion to suppress. We issued a

calendar notice proposing to affirm. The State has filed a response informing us that it will not be filing a memorandum in opposition. Accordingly, we affirm the district court.

{2}    **IT IS SO ORDERED.**

_____
**TIMOTHY L. GARCIA, Judge**

**WE CONCUR:**


_____
**J. MILES HANISEE, Judge**


_____
**JULIE J. VARGAS, Judge**